IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE USE OF A CELL-SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED CALL NUMBER **828-962-2313** | Case No. 3:17 mj 304<br><br>**Under Seal** |
| IN THE MATTER OF THE SEARCH OF T-MOBILE USA CELLULAR DEVICE ASSIGNED CALL NUMBER **828-962-2313** | **ORDER TO SEAL** |

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, the Affidavits, Applications, Complaints, Warrants and all associated documents be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 30th day of August, 2017.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE