FILED
CHARLOTTE, NC
AUG 3 0 2017
US District Court
Western District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE USE OF A CELL-SITE SIMULATOR TO LOCATE THE CELLULAR DEVICE ASSIGNED CALL NUMBER **828-962-2313** | Case No. 3:17 mj 304<br><br>**Under Seal** |
| IN THE MATTER OF THE SEARCH OF THE T-MOBILE USA CELLULAR DEVICE ASSIGNED CALL NUMBER **828-962-2313** | **ORDER** |

## NON-DISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), as set forth in the Affidavit of TFO John Martin requesting that the Court issue an Order commanding T-Mobile USA an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s)) listed in the search warrants of the existence of the attached search warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, and intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that T-Mobile USA shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, until the investigation is closed or unless and until otherwise

authorized to do so by the Court, except that T-Mobile USA may disclose the attached search warrant to an attorney for T-Mobile USA Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

8/30/17
Date

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE